Receipt 11092277

# MORRIS L. HORWITZ
## Chapter 7 United States Trustee in Bankruptcy
14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)   (716) 693-4529 (Niagara)
(716) 693-4685 (fax)

August 16, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501



Re: GLENNON, III, JOHN T.    Case #07-01476-K
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $5.17. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

X  The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Creditor | Amount | Claims Register |
|---|---|---|
| Department of Treasury-IRS | $1.05 | #3P-2 |
| National Fuel Gas | $0.11 | #2 |
| Department of Treasury-IRS | $0.01 | #3U-2 |
| NYS Department of Tax & Finance | $0.04 | #5U |
| Chase Bank USA | $3.96 | #8 |

Morris L. Horwitz, Trustee